UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA,</u>   Criminal Case

NO. <u>04-40010-NMG</u>

V.

<u>Robert J. Sampson,</u>
        Defendant

## NOTICE

<u>GORTON,   D.J.</u>

PLEASE TAKE NOTICE that the above defendant has been set for a <u>    Rule 11 Hearing *                    </u> on <u> WEDNESDAY   JUNE 30, 2004         </u> at <u> 3:00PM       </u> before Judge <u>    GORTON      </u> in U.S. District Court, BOSTON, MA.

*The defendant is required to report to pretrial services at before 1:00PM.

<u>    5/19/04                  </u>   <u>/S/ Martin Castles        </u>
    Date                              Deputy Clerk
                                      508-929-9904

Notice mailed to:
Counsel of record
Probation
Pretrial
U.S. Marshals