UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-40010-NMG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | MOTION TO CONTINUE |
| ) | RULE 11 HEARING |
| ROBERT J. SAMPSON, ) | |
| Defendant ) | |

Now comes the attorney for the Defendant, Robert J. Sampson, in the above-entitled matter and respectfully requests this Honorable Court to continue the Rule 11 Hearing currently scheduled for June 30, 2004 to July 6, 2004 at 12:30 p.m.

As reason therefore, Counsel for the Defendant states that he is unavailable on June 30, 2004.

Respectfully Submitted,
ROBERT J. SAMPSON,
By His Attorneys,

James J. Gribouski
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard St., P.O. Box 2917
Worcester, MA 01613-2917
Tel: (508) 756-6206
BBO#: 211240

Date: 6/17/04

Assented to:

Jack Pirozzollo
Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

## CERTIFICATE OF SERVICE

I, James J. Gribouski, hereby certify that I have this date served the foregoing *Motion to Continue Rule 11 Hearing* on Jack Pirozzollo, Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 via first class mail, postage prepaid.

Date: 6/17/04

_____
James J. Gribouski