UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-40010-NMG

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )          **MOTION TO CONTINUE**
                                    )
ROBERT J. SAMPSON,                  )
          Defendant                 )

Now comes the attorney for the Defendant, Robert J. Sampson, in the above-entitled matter and respectfully requests this Honorable Court to continue the Plea Hearing scheduled for June 26, 2004 to either August 17, 2004 or August 18, 2004.

As reason therefore, Counsel are still attempting to resolve the outstanding issues and needs more time.

The Defendant agrees that the period from June 30, 2004 to the next date shall be excluded from time pursuant to the Speedy Trial Act.

Respectfully Submitted,
ROBERT J. SAMPSON,
By His Attorneys,

James J. Gribouski
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard St., P.O. Box 2917
Worcester, MA 01613-2917
Tel: (508) 756-6206
BBO#: 211240

*Motion allowed; Rule 11 hearing is rescheduled for Tues., Aug 17, 2004 at 3:30 P.M.*

*S/NMGorton, USDJ 7/23/04*

## CERTIFICATE OF SERVICE

I, James J. Gribouski, Attorney for the Defendant nereby certify that i have this date forwarded a copy of the within *Motion to Continue* to Jack Pirozzollo, Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 via first class mail, postage prepaid.

Date: 7/22/04

James J. Gribouski