Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-40010-NMG |
| ) | |
| ROBERT J. SAMPSON ) | |

## WAIVER OF INDICTMENT

I, **ROBERT J. SAMPSON**, the above-named defendant, who is accused of violations of 15 U.S.C. §§ 80b-6 and 80b-17 (investment adviser fraud), 15 U.S.C. § 78j(b) and 78ff (securities fraud), and 18 U.S.C. § 1341 (mail fraud) being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on _August 17, 2004_ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____ 8/17/04
Judicial Officer