UNITED STATES OF AMERICA

CRIMINAL NO.: 04-40010NMG

| | |
|---|---|
| UNITED STATES ) | |
| VS ) | MOTION TO ALLOW |
| ) | OUT OF STATE TRAVEL |
| ROBERT SAMPSON ) | |

Now comes the Defendant in the above-entitled matter and moves this Honorable Court to allow him to travel to Florida from October 14, 2004 to October 19, 2004 for the purpose of assisting his elderly mother in moving from one home to another.

He will be travelling to 4496 Abigail Drive, Springhill, Florida and can be reached by telephone at 508-450-1268.

Respectfully submitted

_____
James J. Gribouski
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street., P.O. Box 2917
Worcester, MA 01613-2917
Tel: (508) 756-6206
BBO#: 211240

Assented to:

Josh Ulrich (JJG)
_____
Josh Ulrich
U.S. Pretrial Services

Jack Pirozzolo (JJG)
_____
Jack Pirozzolo
Assistant United States Attorney

Date: October 12, 2004