UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-40010

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | MOTION FOR DOWNWARD DEPARTURE |
| ) | |
| ROBERT J. SAMPSON ) | |

Now comes the Defendant in the above-entitled matter and moves this Honorable Court pursuant to U.S.S.G. § 5 K 2.0 and 5 H 1.6 to depart downward by five offense levels to an offense level of ten

As reason therefore the Defendant refers to the Memorandum in Support of Motion for Downward Departure.

Respectfully Submitted,
Robert J. Sampson
By His Attorney,

_____
James J. Gribouski
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard St., P.O. Box 2917
Worcester, MA 01613-2917
Tel: (508) 756-6206
BBO#: 211240

Date: 12/17/04