**Mustard Seed**
P.O. Box 2598 • Worcester, Massachusetts 01613 • Telephone (508) 754-7098

To whom It May Concern,

Bob Sampson has been helping to do a meal here at the Mustard Seed for over 10 years. He comes faithfully every month to cook. He takes on the responsibility which is so important to us. The Mustard Seed runs on day by day donations of money, food, and volunteers. WE are not funded by anyone.

So to have such faithful dedication to help us feed the hungry is a great asset to the Mustard Seed. Bob, also, brings his friendship and kindness to all the guests, who come to eat. We thank God for bringing Bob to us at the Mustared Seed.

Sincerely,

Donna Domiziano
Director

To whom it may concern

I became acquainted with Bob Sampsons through his involvement with the Mustard Seed Outreach program at Our Lady of the Angels Church. I was impressed with his faith and devotion.

Just before my retirement I sat with Bob and he laid out a retirement program for my wife and I, we are still enjoying the benifits of this plan 10 years later.

I find that Bob is a husband to his wife, a father to his children a strong member of O.L.A. parish and a good friend. I hold him in very high regard, I belive him to be a man of good charecter.

Deacon Al Desautel,
Our Lady of the Angels.



# Our Lady of the Angels Parish
# Music Department

1222 Main Street
Worcester, Massachusetts 01603-1898

Rectory: (508) 791-0951      Fax: (508) 753-9531

22 November 2004

To All Concerned:

Robert Sampson is a member of this Parish where I have been pastor since July 1, 1994. During the entire tenure of my pastorate Robert has been a lector and participating member of a team of parishioners who prepare and serve a meal once a month at The Mustard Seed, a Catholic Worker facility that ministers to poor and homeless people here in Worcester. Mr. Sampson has also been a member of our Parish Finance Committee – an advisory group that collectively reviews and discusses our financial resources and needs – and was very active in our Parish School during the years that his sons were students therein.

From the first moment when Robert was charged with the offences for which he is now before the Court, he has spoken to me of his remorse for his deeds. I know that he has been engaged in trying to work diligently to make restitution for his misdeeds..

During the past years, there has been an endless string of sad events within his own family circle -- several deaths and numerous physical and emotional illnesses. The obvious stress of his overall situation has made life very difficult for his extended family.

I would like to take this opportunity, as Robert's pastor, to implore the Court's leniency in considering proper sentencing. It seems to me that the good of everyone involved, including victims of Mr. Sampson's wrong doing, would be better served by a sentence that does not include incarceration so that he can continue to work at restitution and care for his own family that very definitely needs his physical presence at this time. It seems to me that there must be some manner of restrictive sentencing that could accomplish the requirements of punishment and restitution while taking all other factors into consideration as well.

Respectfully,

Rev. Charles F. Monroe
Pastor

 

FUNERAL DIRECTORS

ESTABLISHED 1895

June 14, 2004

To whom it may concern,

I have known and been a friend of Bob Sampson since 1992. I have found him to be bright, pleasant and interesting to be with. Over the last few years I have become aware that Bob has suffered "Job" like afflictions to his life, particularly his house and most importantly to his family. Bob has dealt with these problems with courage and fortitude. It is obvious that Bob is the glue that keeps his family together and it is of the utmost importance that he be there to help guide them through this very difficult time.

Thank you for your consideration.

Sincerely,

Philip W. Callahan

61 MYRTLE STREET / WORCESTER, MA 01608-2059 / TEL (508) 753-8171 / FAX (508) 831-0406 / www.callahanbrothers.com

40 Henshaw Street
Worcester, MA 01603-1415
June 24, 2004

To Whom It May Concern:

This statement is a voluntary recommendation on behalf of one Robert Sampson, to whom I have had an association over the past approximately fifteen (15) years. He has my authorization to use this letter for any purpose where a character reference might be requested or required.

I have known Bob as a friend, but also as a customer relationship in association with a business he managed over the past few years. The company in which Bob coordinated customer job projects is Sunset Landscaping & Maintenance, 175 Henshaw Street, Leicester, Mass. In my case I was more than satisfied with the manner in which Bob handled the manner in which the employees assigned to the job completed the work in an expeditious manner on at least two occasions I requested the services of his company. Through this effort and efficiency, I would not hesitate to contact them again, or to refer them to other prospective customers.

Bob and I are also active members at Our Lady of the Angels parish in Worcester. As such we are members of the parish's Finance Committee, preparing the parish annual budget and overseeing on a monthly basis with the pastor, the various income and expense items. In short monitoring the financial stability of the parish. Both he and I are also lectors at the church at least for the same number of years. Bob appears to possess an aptitude for math and financial matters.

Regardless of personal losses in recent years, including the loss of family members as well as a fire that destroyed his home, I am confident these setbacks will not deter from his ability and attitude to do his best in any endeavor he pursues. I personally endorse him.

Sincerely,

Richard M. Hallahan

Richard M. Hallahan
Telephone (508) 754-3019