Copyright 2001  Worcester  Telegram & Gazette, Inc.
Sunday Telegram (Massachusetts)

July 15, 2001 Sunday, ALL EDITIONS

SECTION: DEATHS; Pg. B6

LENGTH: 123 words

HEADLINE: Sharon S. Gervais, 50

DATELINE: WORCESTER

BODY:
- Sharon S. Gervais, 50, of 4 Park Ave. Place, died Wednesday, July 11, in St. Vincent Hospital at Worcester Medical Center after an illness.

Her husband, James Gervais, died in 1986. She leaves her mother, Janet (Tanzer) Schmit Christensen of Mashpee; two brothers, Mark R. Schmit of Mashpee and Frank Schmit of California; two sisters, Dedie King of Hardwick and Willa Alexander of Fayetteville, N.C.; nieces and nephews. She was born in Worcester, daughter of D. Camille Schmit, and lived in Ware before returning to Worcester in 1987. She graduated from Quabbin Regional High School.

A funeral service and burial will be private. There are no calling hours. Morin Funeral Home, 298 Grafton St., is directing arrangements.

LOAD-DATE: July 16, 2001